IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00189-RJC
(3:12-cr-00259-RJC-DCK-1)

| | |
|---|---|
| GLENN ADKINS, JR. ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on a review Petitioner's Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, and his Motion to Amend. (Doc. Nos. 1, 2).

According to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court must examine the Section 2255 motion, any attached exhibits, and the record of the prior proceedings and determine whether Petitioner may be entitled to any relief. The Court has conducted an initial review and finds that the Government should file a response or answer addressing the claims raised in Petitioner's Section 2255 motion as amended.

**IT IS, THEREEFORE, ORDERED** that:

1. Petitioner's Notice of Motion and Motion to Deem Waived by United States is **DENIED**. (Doc. No. 3).

2. Petitioner's Motion to Amend his Section 2255 Motion to Vacate is **GRANTED**. (Doc. No. 2).

3. Respondent's Motion for Extension of Time is **GRANTED**. (Doc. No. 5).

1

**IT IS FURTHER ORDERED** that the Government shall file an answer or response to Petitioner's Amended Section 2255 motion within sixty (60) days from entry of this Order. (Doc. No. 2)

**SO ORDERED**.

Signed: September 26, 2016

Robert J. Conrad, Jr.
United States District Judge